# United States Court of Appeals
## For the First Circuit

No. 13-2087

VAN WAGNER BOSTON, LLC; VAN WAGNER COMMUNICATIONS, LLC

Plaintiffs - Appellants

v.

RICHARD A. DAVEY, in his official capacity; EDWARD J. FARLEY, in his official capacity; MASSACHUSETTS DEPARTMENT OF TRANSPORTATION; MASSACHUSETTS OFFICE OF OUTDOOR ADVERTISING

Defendants - Appellees

**CALENDARING NOTICE**

Issued: July 11, 2014

This case is presently scheduled to be called for oral argument on **September 10, 2014** at **9:30 a.m.** in **Boston, MA**. There will be no continuance except for grave cause.

Within two weeks after the date of this notice, counsel for each party should advise this office of the name of the person who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel, as well as the time allotted for oral argument, will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check-in with the courtroom deputy.** Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

Recordings of all proceedings in cases by parties before the court will be made available online unless the court orders otherwise or the court closes the proceedings to the public.

Counsel therefore should consider the privacy implications of this before argument.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to the Calendaring Clerk, Laura Michalski, 617-748-9069.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Henry C. Dinger
Michael K. Murray
Sookyoung Shin
Elizabeth Abimbola Thomas